# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF MINNESOTA*

Manhattan Group LLC

v.

Baby's 'N Things, Inc., et al.

**AMENDED**
## PRETRIAL CONFERENCE NOTICE

**Case Number Civil 00-1240 PAM/JGL**

(x) TAKE NOTICE That the pretrial conference that was scheduled for October 19, 2000 in this case has been **continued** to a new date and time. The change is indicated below.

Room 730 (7th Floor)
316 North Robert Street
St. Paul, Minnesota 55101

**Before the Honorable Paul A. Magnuson on Tuesday, November 14, 2000 @ 11:00 A.M., for a Pretrial Conference.**

Dated: October 10, 2000

FRANCIS E. DOSAL, CLERK

Suzanne M. Ruiz, Calendar Clerk

cc: J. Thomas Vitt
Mark R. Kaste
Julie Gyurci Meany
Mark D. Schuman
David A. Orenstein

OCT 10 2000
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK