UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Manhattan Group LLC

Plaintiff,

v.

Baby's 'n Things, Inc. et al.,

Defendants.

CIVIL 00-1240 PAM/JGL

**ORDER OF DISMISSAL**

---

The order dated November 13, 2000 dismissing this action and reserving the court's jurisdiction for sixty (60) days is extended.

**IT IS ORDERED** that, the court reserves jurisdiction for an additional thirty(30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

DATED: January 16, 2001

**PAUL A. MAGNUSON,** Chief Judge
United States District Court

FILED JAN 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________