UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Case File No. 00:00-CV-01240

Manhattan Group, L.L.C.,

Plaintiff,

v.

Baby's 'n Things, Inc. and
Dollar Tree Stores, Inc.

Defendant.

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED and agreed that the above-captioned matter may be dismissed with prejudice and without fees or costs to any party.

Dated: February 11, 2001.

DORSEY & WHITNEY LLP

By Julie Meany
Mark R. Kaster (#159517)
J. Thomas Vitt (#183817)
Julie Meany (#256213)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-1498
(612) 340-2600

Attorneys for Plaintiff Manhattan Group, L.L.C.

FEB 14 2001

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD FEB 14 2001
DEPUTY CLERK

Dated: Feb. 8, 2001.

MERCHANT & GOULD P.C.

By [signature]
Mark D. Schuman (#178081)
80 South Eighth Street
3200 IDS Center
Minneapolis, MN 55402-4131
(612) 332-5300

Attorneys for Defendant
Baby's 'n Things, Inc.

Dated: ____________, 2001.

PARSINEN KAPLAN ROSBERG &
GOTLIEB P.A.

By [signature]
David A. Orenstein (#121447)
100 South Fifth Street
Suite 1100
Minneapolis, MN 55402
(612) 333-2111

Attorney for Defendant Dollar Tree
Stores, Inc.

CO-COUNSEL:

William A. Old, Jr.
Beth Hirsch Berman (Va Bar #28091)
Hofheimer Nusbaum, P.C.
999 Waterside Drive
Suite 1700
Norfolk, VA 23510
(757) 622-3366

**ORDER**

BASED UPON THE FOREGOING STIPULATION, it is hereby ordered that Plaintiff's Amended Complaint is dismissed with prejudice and without fees or costs to any party.

IT IS FURTHER ORDERED that the Clerk of Court shall enter judgment accordingly.

Dated: February 13, 2001.

BY THE COURT

[signature]

The Honorable Paul A. Magnuson
Judge of United States District Court